Case 1:25-mj-00165-GMH   Document 1-1

Case: 1:25-mj-00165
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/23/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

On August 21, 2025, at approximately 8:33 pm, Officers Pierre-Ricot Domond and Esmeralda Segundo-Martinez of the Metropolitan Police Department's ("MPD") Fourth District were on patrol in the Fourth District. The officers witnessed an argument between two individuals standing in the parking lot of an Exxon Gas station located at 4140 Georgia Ave NW. Officers observed on individual (later identified as Thomas Andrew NELSON) shove an unknown individual (Victim-1). Officer Martinez then observed NELSON brandish a firearm and point it at Victim-1. Using the firearm, NELSON backed down Victim-1 into the entrance of the Exxon convenience store Officers activated emergency lights and pulled into the parking lot of the Exxon station. Officer Domond exited the police cruiser, drew his weapon, and commanded NELSON to drop the firearm. *See* Images 1 and 2.



*Figure 1 – Nelson (in red) holding firearm*



*Figure 2 – Close up on Figure 1*

NELSON complied with the command and placed the firearm on top of a vehicle. *See* Image 3.



*Figure 3 – Firearm on top of the vehicle (in yellow)*

Upon inspection, the officers identified the firearm as a privately manufactured firearm with engravings PF940SC POLYMER80, INC, MADE IN DAYTON, NV P80, with one 9mm round in the chamber and 11 9mm rounds in a 15 round capacity magazine. The firearm appeared to be fully functional, capable of expelling a projectile by means of an explosive action, had a barrel length of less than 12 inches, and the ability to be fired by the use of a single hand. *See* Images 4-5.



*Figure 4 – Firearm with extended magazine visible*



*Figure 5 – Firearm with magazine containing ammunition removed*



*Figure 6 – Close up photo of firearm*

No firearms or ammunition are manufactured within the District of Columbia and therefore the recovered ammunition traveled in and affected interstate commerce.

NELSON was identified by his District of Columbia driver's license, which he had on him, as Thomas Andrew NELSON, DOB XX/XX/1966. Nelson was convicted in Georgia Case No. CR022604, Chatham County Recorders Court, for Aggravated Stalking in violation of GA Code § 16-5-91 and sentenced to 7 months' confinement, 2 years and 5 months' probation on May 8, 2003.

    Respectfully Submitted

_____
Special Agent Dean Kezman
Bureau of Alcohol, Tobacco, and Firearms

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 23, 2025.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

4